**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                         **CASE NO. 5:11-cv-326/RS-CJK**

**JUDY GRACE SELLERS,**

      **Defendant.**
_____/

<u>**ORDER**</u>

Before me are the Magistrate Judge's Report and Recommendation (Doc. 22), Defendant's Notice of Objection (Doc. 25), Memorandum in Support (Doc. 26), and Memorandum of Law (Doc. 27).   I have considered Defendant's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Dismiss (Doc. 11) is **GRANTED**.

3. Defendant's counterclaims against the United States of America are **DISMISSED**.

4. Defendant's third-party complaint against Pamela Marsh and Miranda Bureau are **DISMISSED**.

5. Defendant's Motion to Dismiss (Doc. 16) is **DENIED**.

6. This case remains open.

**ORDERED** on May 25, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**