IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

v.                                 Case No. 5:11cv326/RS/CJK

JUDY GRACE SELLERS,
     Defendant.

_____

## REPORT AND RECOMMENDATION

This cause is before the Court upon defendant Sellers' "Challenge of Jurisdiction" and "Petition in the Nature of a Motion to Dismiss with Prejudice." (Doc. 30).  Defendant challenges this Court's jurisdiction on the grounds that (1) the allegations of the complaint are not verified, (2) this Court is not an Article III court because the presiding judge "has failed to uphold due process of law" and (3) plaintiff does not meet the "actual injury" requirement necessary for subject matter jurisdiction, because the United States of America "has failed to make an appearance in court"  and cannot prove it "personally suffered some actual injury" because it is not a "real person" but only a corporation and "[c]orporations are paper and can't testify."  (Doc. 30, pp. 1-5).  Defendant also seeks to dismiss plaintiff's complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6), on the grounds that (1) plaintiff's counsel "by their silence, have agreed that their client does NOT have a verified, Bona Fide claim", (2) plaintiff's counsel has "failed to produce a real party in interest in this case", (3) plaintiff's counsel has "failed to rebut the sworn affidavits

submitted to this court EVER or at any time and therefore admits to all of the points made in said affidavits" and (4) plaintiff's counsel has "failed to successfully refute" defendant's motion to dismiss and for default judgment (doc. 16) filed on February 22, 2012. (Doc. 30, pp. 5-7)

Defendant's jurisdictional challenge is frivolous. The Federal Rules of Civil Procedure do not require plaintiff's complaint to be verified. *See* Fed. R. Civ. P. 11(a), Fed. R. Civ. P. 8. This Court is an Article III court and the presiding District Judge has complied with due process. The United States of America is a real party in interest in this case and is authorized by statute to be named as plaintiff. *See* 26 U.S.C. § 7408(a). Defendant's motion to dismiss is frivolous and reiterates arguments which this Court already rejected. *See* Docs. 22, 28.

Accordingly, it is respectfully RECOMMENDED:

That defendant Sellers' "Challenge of Jurisdiction" and "Petition in the Nature of a Motion to Dismiss with Prejudice" (doc. 30) be DENIED.

At Pensacola, Florida this 11th day of June, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).