IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       CASE NO. 5:11-cv-326/RS-CJK

JUDY GRACE SELLERS,

    Defendant.
_____/

**ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 31) and Plaintiff's Notice of Objection (Doc. 32) and Mandatory Judicial Notice (Doc. 33). I have considered the responses *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's "Challenge of Jurisdiction" and "Petition in the Nature of a Motion to Dismiss with Prejudice" (Doc. 30) is **DENIED with prejudice**.

**ORDERED** on June 25, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**