IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO. 5:11-cv-326-RS-CJK

JUDY GRACE SELLERS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 73). Defendant, who refers to herself as "Judy-Grace: Sellers, Registered Owner of JUDY GRACE SELLERS," has not filed objections, but has filed a Notice of Fictitious Name Registration together with a copy of an Application for Registration of Fictitious Name (Doc. 75). I have considered these documents *de novo*.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Plaintiff's Motion for Default Judgment of Permanent Injunction Against Judy Sellers (Doc. 65) is **GRANTED**.

    3.    The Clerk is directed to close the case.

**ORDERED** on May 31, 2013.

**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**